UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES WALLACE,

    Plaintiff,

vs.                                              CASE NO. 12-CV-12656-LPZ-DRG

WAYNE COUNTY, a Michigan County,      Hon. Bernard A. Friedman
ROBERT A. FICANO, NADER FAKOURI,
VALERIE DENHA, TOM DOWNEY,         Mag. Judge Mark A. Randon
LYNN INGRAM; all individuals sued in
Official and personal capacity,

    Defendants

_____

| **DEBORAH GORDON LAW** | **Miller Canfield Paddock and Stone, PLC** |
|---|---|
| **Deborah L. Gordon (P27058)** | **Jerome R. Watson (P27082)** |
| **Carol A. Laughbaum (P41711)** | **Brian M. Schwartz (P69018)** |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 33 Bloomfield Hills Parkway, Suite 220 | 150 West Jefferson, Suite 2500 |
| Bloomfield Hills, Michigan 48304 | Detroit, Michigan 48226 |
| 248-258-2500; FAX 248-258-7881 | 313-963-6420; FAX 313-496-8451 |
| dgordon@deborahgordonlaw.com | schwartzb@millercanfield.com |
| claughbaum@deborahgordonlaw.com | watson@millercanfield.com |

_____

**ORDER COMPELLING DEFENDANTS' RESPONSE TO PLAINTIFF'S DISCOVERY**

This matter having come before the Court upon the filing of Plaintiff's Motion to Compel, a hearing having been held on October 16, 2012, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT Defendants will respond to Plaintiff's Interrogatory No. 12 regarding how employees and/or appointees were selected for the April 2011 separations. If the individual who made the decisions regarding the April 2011 separations is no longer an employee with the County and Defendants are unable to obtain the requested

information, then Defendants will provide this individual's name, last known address, and telephone number. Defendant will provide this information within 14 days.

                                                    s/Mark A. Randon
                                                    MARK A. RANDON
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: October 30, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 30, 2012, by electronic and/or first class U.S. mail.*

                                                    s/Melody R. Miles
                                                   *Case Manager to Magistrate Judge Mark A. Randon*
                                                   *(313) 234-5540*

**APPROVED FOR ENTRY:**

| | |
|---|---|
| **DEBORAH GORDON LAW** | **Miller Canfield Paddock and Stone, PLC** |
| **Deborah L. Gordon (P27058)** | **Jerome R. Watson (P27082)** |
| **Carol A. Laughbaum (P41711)** | /s/ **Brian M. Schwartz (P69018)** |
| /s/**Jaclyn R. Giffen (P75316)** | Attorneys for Defendants |
| Attorneys for Plaintiff | 150 West Jefferson, Suite 2500 |
| 33 Bloomfield Hills Parkway, Suite 220 | Detroit, Michigan 48226 |
| Bloomfield Hills, Michigan 48304 | 313-963-6420; FAX 313-496-8451 |
| 248-258-2500; FAX 248-258-7881 | schwartzb@millercanfield.com |
| dgordon@deborahgordonlaw.com | watson@millercanfield.com |
| claughbaum@deborahgordonlaw.com | |
| jgiffen@deborahgordonlaw.com | |