UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES WALLACE,

        Plaintiff,                      CIVIL ACTION NO. 12-12656

    v.                                DISTRICT JUDGE BERNARD A. FRIEDMAN

WAYNE COUNTY, et al.,            MAGISTRATE JUDGE MARK A. RANDON

        Defendants.
_____/

**ORDER DENYING DEFENDANTS' MOTION TO STAY OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER REGARDING DISCOVERY INTO NON-PROFIT OUTREACH SUPPORT ACTIVITIES (DKT. NO. 21)**

       This matter is before the Court on Defendants' Motion to Stay or, in the Alternative, for a Protective Order Regarding Discovery into Non-Profit Outreach Support Activities. (Dkt. No. 21). Defendants ask the Court to limit the scope of discovery until District Judge Bernard A. Friedman rules on their Motion for Judgment. Plaintiff responded on October 29, 2012. (Dkt. No. 25). Defendants' reply was filed on November 6, 2012 (Dkt. No. 28), and Judge Friedman ruled on Defendants' Motion for Judgment on November 14, 2012.[1] (Dkt. No. 29). On November 26, 2012, Plaintiff filed a Supplemental Brief (Dkt. No. 30), and Defendants filed both a Supplemental Brief and a Motion for Reconsideration. (Dkt. Nos. 31 and 32). The Court heard oral argument on November 27, 2012 – before Judge Friedman denied Defendants' Motion for Reconsideration. (Dkt. No. 33).

---

[1] This motion was granted in part and denied in part.

Based on Judge Friedman's ruling on Defendants' Motion for Reconsideration, neither a stay of discovery nor a protective order is warranted; Plaintiff is entitled to discovery regarding non-profit outreach support activities.  Accordingly, Defendants' motion is **DENIED**.  Plaintiff's request for costs and attorney's fees is likewise **DENIED**.

**IT IS ORDERED**.

s/Mark A. Randon<br>
MARK A. RANDON<br>
UNITED STATES MAGISTRATE JUDGE

Dated:  November 27, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 27, 2012, by electronic and/or first class U.S. mail.*

<em>s/Melody R. Miles</em><br>
<em>Case Manager to Magistrate Judge Mark A. Randon</em>